UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
**ERIKA ALEXANDRIA,** *on behalf of herself and all others similarly situated*,

                           **Plaintiff,**              23-CV-5068 (ALC)

                   -against-                    **ORDER**

**GAVRIELI BRANDS, LLC,**

                         **Defendant.**
-------------------------------------------------------- x
**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is directed to file a motion for default judgment by **September 7, 2023**.

**SO ORDERED.**

**Dated**:  August 14, 2023
            August New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**

1