```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIKA ALEXANDRIA, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

      -against-

GAVRIELI BRANDS, LLC,

                        Defendant.

-----------------------------------------------------------------X

23-CV-05068 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of a settlement in principle between the parties, the Initial Pretrial Conference scheduled for October 11, 2023, is adjourned without date.

**SO ORDERED.**

                                                                                         _____
                                                                                       SARAH NETBURN
                                                                                       United States Magistrate Judge

DATED:     October 6, 2023
                  New York, New York