UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
ERIKA ALEXANDRIA, *on behalf of herself and all others similarly situated*,

                Plaintiff,

                -against-

GAVRIELI BRANDS, LLC,

                Defendant.
-------------------------------------------------------------- X

23-CV-5068 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    The Clerk of Court is respectfully requested to terminate all pending motions and close the case.

**SO ORDERED.**

Dated:    October 13, 2023
              New York, New York

                                                **ANDREW L. CARTER, JR.**
                                              **United States District Judge**